UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIDALIA MARIA RODRIGUES,          )<br>                                   )<br>        Petitioner                )<br>                                   )<br>   v.                              )<br>                                   )<br>THOMAS HODGSON, SHERIFF.,          )<br>                                   )<br>                                   )<br>        Respondent                 ) | Civil Action No.<br>04cv11449-DPW |

RESPONDENT'S EXTEMPORANEOUS REPRESENTATION
OF PRESENT INABILITY TO EXECUTE REMOVAL ORDER

Respondent[1] through its undersigned attorney after diligent inquiry reports to the Court that it has not yet received the necessary travel authorizations from Cape Verde to be able to execute the removal order against petitioner.  Petitioner is therefore in no conceivable jeopardy of being removed from the United States at this time.

In fact, according to the respondent's agents responsible for removing aliens from the United States, no removal could practically occur any sooner than two weeks *after* receipt of the necessary travel authorizations which, as represented above, have not yet even been received yet.

At any rate, respondent observes the policy of providing the Court at least two business days advance notice of any scheduled

---

[1] The responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

removal of a habeas petitioner like petitioner, in the absence of any other order from the Court relating to notice or stay.

Respondent will in due course move for dismissal of the instant case, and seeks to reserve all rights as to the filing of such a motion. The instant filing is solely for the purpose to report to the Court that there is no present ability or plan or intention to remove petitioner from the United States any sooner that at least two weeks from the receipt of travel authorizations, which, as stated, have yet to be received by respondent.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:  s/Frank Crowley
     FRANK CROWLEY
     Special Assistant U.S. Attorney
     United States Immigration &
     Naturalization Service
     P.O. Box 8728
     J.F.K. Station
     Boston, MA 02114
     (617) 565-2415

CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on July 1, 2004.

                                        s/Frank Crowley
                                        FRANK CROWLEY
                                        Special Assistant U.S. Attorney
                                        Department of Homeland Security
                                        P.O. Box 8728
                                        J.F.K. Station
                                        Boston, MA 02114