UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>VIDALIA MARIA RODRIQUES</u>,
        Petitioner,

v.

<u>THOMAS HODGSON</u>,
        Respondent.

CIVIL ACTION

NO.   04-11449-DPW

<u>O R D E R</u>

<u>WOODLOCK, D. J.</u>

On June 24, 2004, counsel for petitioner Vidalia Maria Rodriques, an immigration detainee confined at a Bristol County correctional facility, filed a petition for a writ of habeas corpus under Section 2241 and submitted the filing fee for this action.

ACCORDINGLY,

(1) The Clerk shall serve a copy of the Petition, by certified mail, upon (1) Thomas Hodgson, Sheriff, Bristol County Jail and House of Correction, 400 Faunce Corner Road, North Dartmouth, MA  02747 AND (i) the United States Attorney; AND (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA  02114.

(2) The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading AND

(3) The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

  July 5, 2004                                s/ Dougas P. Woodlock
DATE                                      UNITED STATES DISTRICT JUDGE

(2241servINS.wpd - 09/00)                                            [2241serv.]