UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VIDALIA MARIA RODRIGUES,
        PETITIONER
V.                            CIVIL ACTION #04CV11449DPW
THOMAS HODGSON, SHERIFF,
        RESPONDENT

PETITIONER'S MOTION TO EXTEND TIME TO RESPOND TO RESPONDENT'S MOTION TO DISMISS

Now comes the Petitioner, Vidalia Maria Rodrigues, and respectfully moves this Honorable Court to allow her until August 1, 2004 to respond to Respondent's Motion to Dismiss. The reason for this request, apart from the fact that an appropriate response would require meticulous preparation and research, is that the retainer tendered to Petitioner's counsel has been exhausted and Petitioner's family needs a reasonable amount of time to raise the funds necessary to continue engaging counsel's services, which they have every intention of doing.

Respectfully submitted,
The petitioner,
Vidalia Maria Rodrigues
By her attorney,

_____
John Himmelstein
P.O. Box 300
756 Washington Street
Stoughton, MA 02072
BBO #547275