*filed in Chambers 7/8/04 M*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VIDALIA MARIA RODRIGUES,
                     PETITIONER

    V.                                          CIVIL ACTION #04CV11449DPW

THOMAS HODGSON, SHERIFF,
                     RESPONDENT

PETITIONER'S MOTION TO BE INFORMED OF CHANGED CIRCUMSTANCES
Now comes Vidalia Maria Rodrigues, through her undersigned counsel, and hereby states
as follows:
(1)On or about July 1, 2004, petitioner was served with a pleading from the respondent;
(2)Said pleading was entitled "RESPONDENT'S EXTEMPORANEOUS
REPRESENTATION OF PRESENT INABILITY TO EXECUTE REMOVAL
ORDER";
(3)Essentially, the pleading states that the petitioner is currently in no conceivable
jeopardy of being removed from the United States at this time due to the fact that the
respondent has not received the necessary travel authorizations;
(4)Petitioner is simply respectfully requesting that should that circumstance change and
the petitioner does, in fact, become placed in conceivable jeopardy of removal from the
United States that respondent and her counsel be informed of any changed circumstance;
(5)Petitioner respectfully requests that she and her counsel be informed of any changed
circumstance at a time reasonably contemporaneous with said changed circumstance;
(6)The reasons for this request are so that petitioner and her counsel can adequately
prepare for any possible removal from the United States and that petitioner be afforded
whatever legal rights or remedies that may be available to her.

Respectfully submitted,
The petitioner,
Vidalia Maria Rodrigues,
By her attorney,

John Himmelstein
P.O. Box 300
756 Washington Street
Stoughton, MA 02072
BBO #547275

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VIDALIA MARIA RODRIGUES,
                    PETITIONER
        V.                                CIVIL ACTION #04CV11449DPW
THOMAS HODGSON, SHERIFF,
                    RESPONDENT


CERTIFICATE OF SERVICE
Now comes undersigned counsel and hereby certifies that opposing counsel was served
with notice of the enclosed motions by the mailing of copies of same, postage prepaid, to
Frank Crowley, Special Assistant United States Attorney, Department of Homeland
Security, P.O. Box 8728, John F. Kennedy Station, Boston, MA 02114 on July 7, 2004.


Respectfully submitted,
The petitioner,
Vidalia Maria Rodrigues,
By her attorney,


_____
John Himmelstein
P.O. Box 300
756 Washington Street
Stoughton, MA 02072
BBO #547275