UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIDALIA MARIA RODRIGUES,  )<br>  )<br>  Petitioner  )<br>  )<br>  v.  )<br>  )<br>THOMAS HODGSON, SHERIFF,  )<br>  )<br>  )<br>  Respondent  ) | Civil Action No.<br>04cv11449-DPW |

RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent[1] hereby informs the Court of its intention to execute the final order of removal against petitioner **on August 6, 2004**.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  s/Frank Crowley
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

---

[1] The responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on August 2, 2004.

                                        s/Frank Crowley
                                        FRANK CROWLEY
                                        Special Assistant U.S. Attorney
                                        Department of Homeland Security
                                        P.O. Box 8728
                                        J.F.K. Station
                                        Boston, MA 02114