UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

#04-11449-DPW

VIDALIA MARIA RODRIQUES
v.
THOMAS HODGSON

PETITIONER'S EMERGENCY MOTION TO STAY REMOVAL FROM THE UNITED STATES

Now comes the petitioner, Vidalia Maria Rodriques, and through her counsel swears to the following:

(1) On August 2, 2004, undersigned counsel received a telephone call from Frank Crowley, the United States Attorney acting on behalf of the I.N.S. in this matter.
(2) The telephone message stated that the I.N.S. is planning to execute the order of removal of the petitioner from the United States on Friday, August 6, 2004.
(3) We respectfully urge this Honorable Court to stay this removal. We believe this action to be rushed and premature. Petitioner's habeas corpus motion and the motions pursuant to it have yet have yet to be ruled on. There is no urgency to remove the petitioner. She is in custody and poses no threat to anyone or to our nation. Nothing put forth by respondent even remotely indicates any need for urgency in removing this individual. This Court has jurisdiction to review habeas corpus petitions from immigration detainees raising constitutional and statutory claims. GONCALVES V. RENO, 144 F. 3d 110, 113 (1st Cir. 1998). That review has not been completed and we believe it honors the best traditions of this great and Honorable Court for that review to be thorough and thoughtful and not rushed.

Removing the petitioner from the United States on Friday would, in effect, be an irreversible. There is nothing preventing this Court from, at some point, issuing an order of removal if it sees fit once all of petitioner's efforts have been exhausted. However, there is no need to rush such a removal and the liberties of this individual are a serious matter requiring sober reflection.

Additionally, petitioner should be granted a reasonable amount of time to correct her criminal record which may remove her from the I.N.S. "aggravated felon" statute.

For these reasons, we are respectfully requesting that a stay be allowed, holding petitioner's removal in abeyance as there is no great urgency in removing her from the United States.

In light of the urgent time sensitivity of this matter, we respectfully request this honorable Court to issue a stay of removal by not later than the close of business on Thursday, August __, 2004.

VIDALIA MARIA RODRIQUES,
By her attorney,

*[signature]*

JOHN HIMMELSTEIN
P.O. BOX 300
736 WASHINGTON STREET
STOUGHTON, MA 02072
(781)297-9400
BBO #547275

CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that he has served the attached Motion on opposing counsel by mailing a copy of same, postage prepaid, to Frank Crowley, Special Assistant U.S. Attorney, United States Immigration and Naturalization service, P.O. Box 3728, J.F.K. Station, Boston, MA 02114 on August 3, 2004.

*[signature]*

JOHN HIMMELSTEIN, ESQ.