UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



VIDALIA MARIA RODRIQUES

V.

THOMAS HODGSON

PETITIONER VIDALIA MARIA RODRIQUES' RESPONSE AND OPPOSITION TO RESPONDENT'S MOTION TO DISMISS

Now comes the petitioner Vidalia Maria Rodriques and respectfully opposes the Motion to Dismiss filed by the Respondent. The relief petitioner seeks is a stay of the order that would remove her from the United States, a reasonable allowance of time that would enable her to correct or revise her criminal record in order to possibly exempt her from the "aggravated felon" statute and, if possible, a remand to Immigration Court where petitioner's opposition to her removal from the United States could be reinstated. First, appellate review of her criminal conviction(s) has not been waived or exhausted. Undersigned counsel, although he is an experienced criminal defense lawyer, did not represent the petitioner in her criminal matters. He is currently in the process of reviewing petitioner's criminal record, establishing meaningful contact with petitioner's prior counsel and, in short, arguing for whatever post conviction relief petitioner may be entitled to. There is no great urgency to remove petitioner, who is in custody, from the United States and we are simply seeking to avail the petitioner of this relief. Discretion in hearing a habeas petition rests with this Honorable Court and the Court may act on such a petition. Petitioner has been ordered removed from the United States by a governmental agency that is in fact "within the territorial confines of the district court". UNITED STATES V. DIRUSSO, 535 F. 2d 673, 676(1st Cir. 1976). Petitioner's counsel needs to review petitioner's criminal convictions in order to raise any constitutional or statutory claims she may be entitled to. In effect, petitioner is raising a constitutional claim. This Court has jurisdiction to review habeas corpus petitions from immigration detainees raising constitutional and statutory claims. GONCALVES V. RENO, 144 F. 3d 110, 113(1st Cir. 1998).

The urgency here is upon the petitioner who faces removal. The respondent is hearing no urgency and the petitioner is in custody. We respectfully ask that this petition not be dismissed, that a hearing be scheduled on the merits and the relief sought be granted.

VIDALIA MARIA RODRIQUES,
By her attorney,

JOHN HIMMELSTEIN
P.O. BOX 309
WASHINGTON STREET

STOUGHTON, MA 02072
(781) 297-9460
BBO #547275

CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that he has served the attached opposition on opposing counsel by mailing a copy of same, postage prepaid, to Frank Crowley, Special Assistant U.S. Attorney, United States Immigration and Naturalization Service, P.O. Box 8728, J.F.K. Station, Boston, MA 02114 on August 2, 2004.

*/s/ HARVEY STEIN, ESQ.*