TRIAL COURT OF THE COMMONWEALTH
DISTRICT COURT DEPARTMENT
FALL RIVER DIVISION

Appendix A

# JURY OF SIX

Jury Court: _____

Comm. v. _Vidalia M. Rodrigues_   Prim. Ct.: _Fall River_   ☒ Adult  ☐ Juv  ☐ CHINS

Prim. Ct. Disposition: A-G, 3 mos. H.C. conc. w/87 6804, 87 4365
B-G, 3 mos. Conc.w/A, CG, 1/16/92 P.O.
d-G, 1 YR.H.C. 3 mos. serve Bal.-ss-
Prim. Ct. Judge: _Silva, J._

Police Dept.: _Fall River_   Complainant: _Bruce MaCabe_  1/16/92 conc/ wA

Defense Atty.: _Joseph Czerwonka_   DA: _____

Date Appealed: _1/11/90_   Bail: _Personal_

| Docket Nos. | Offense | Result in Jury Session | Disposition in Jury Session |
|---|---|---|---|
| Primary Ct. 87CR5134A<br>Jury Ct. 9032JC0135A | Poss. CL "A" int. Dist. | ☐ Jury verdict<br>☒ Ct. finding<br>Date: 2/9/90 | G-6mo. ss 2/7/92 |
| Primary Ct. 87CR5134B<br>Jury Ct. 9032JC0135B | Poss. Hypo. | ☐ Jury verdict<br>☒ Ct. finding<br>Date: 2/9/90 | G-3mo. ss 2/7/92 |
| Primary Ct. 87CR5134C<br>Jury Ct. 9032JC0135C | Consp. Viol. Cont. Sub. Act | ☐ Jury verdict<br>☒ Ct. finding<br>Date: 2/9/90 | Dismissed |
| Primary Ct. 87CR4365A<br>Jury Ct. 9032JC0135D | Poss. CL "A" | ☐ Jury verdict<br>☒ Ct. finding<br>Date: 2/9/90 | G-90 days HC ss 2/7/92 |

## DOCKET ENTRIES

| No. | Date | | Justice |
|---|---|---|---|
| 1 | Jan. 31, 1990 | Received. ☒  De novo. ☐  First instance. | |
| | | 2/9/90 c | |
| | | Waiver of Jury Trial Filed | Anderson J. |
| | | A TRUE COPY, ATTEST<br>_Ronald A. Valcourt_<br>ASSISTANT CLERK | |
| | | | |
| | | | |
| | | Continue over | |