# PAMPANIN LAW OFFICES

2343 MASSACHUSETTS AVENUE
CAMBRIDGE, MASSACHUSETTS 02140
TEL: 617-876-2020
FAX: 617-876-0082

ALAN M. PAMPANIN
BENNETT R. SAVITZ

September 18, 1996

Board of Immigration Appeals
Appeal Processing Unit
5107 Leesburg Pike, Suite 1711
Falls Church, VA 22041

RE:   Vidalia Maria RODRIGUES
      A30-694-487

Dear Board of Immigration Appeals:

    I am herewith entering my appearance and notice of appeal in the above-referenced matter.

    Enclosed please find the following:

1. Form EOIR-26, Notice of Appeal
2. Form EOIR-26A, Appeal Fee Waiver Request
3. Form EOIR-27, Notice of Entry of Appearance as Attorney

    I hereby certify that a copy of the above documents was sent today to the Trial Attorney Unit, Immigration & Naturalization Service, John F. Kennedy Federal Building, 4th Floor, Government Center, Boston, MA 02203.

    Thank you for your attention to this matter.

Yours very truly,

Bennett R. Savitz

BRS/pc

U.S. Department of Justice  
Executive Office for Immigration Review  
*Board of Immigration Appeals*

OMB #1105-0065  
Notice of Appeal to the Board of Immigration Appeals of Decision of Immigration Judge

1. List Name(s) and "A" Number(s) of all Applicant(s)/Respondent(s):

   RODRIGUES, Vidalia Maria   A30-694-487

   For Official Use Only

   ! **WARNING TO ALL APPLICANT(S)/RESPONDENT(S):** Names and "A" Numbers of everyone appealing the order must be written in Item #1.

2. Applicant/Respondent is currently   ☐ DETAINED   ☒ NOT DETAINED.

3. Appeal from the Immigration Judge's decision dated __August 30, 1996__.

4. State in detail the reason(s) for this appeal. You are not limited to the space provided below; use more sheets of paper if necessary. Write your name(s) and "A" number(s) on every sheet.

   ! **WARNING:** The failure to specify the factual or legal basis for the appeal may lead to summary dismissal without further notice, unless you give specific details in a timely, separate written brief or statement filed with the Board.

   The Immigration Judge erred in failing to exercise discretion on behalf of the respondent, who had demonstrated unusual and outstanding equities which outweighed the negative factors in her case. Therefore, respondent should have been granted a 212(c) Waiver. The Immigration Judge exceeded his discretion in denying respondent's relief, and his decision should therefore be reversed.

   (Attach more sheets if necessary)

(Form continues on back)  
Form EOIR - 26  
Revised April 1996

5. I [x] do / [ ] do not desire oral argument before the Board of Immigration Appeals.

6. I [x] will / [ ] will not file a separate written brief or statement in addition to the "Reason(s) for Appeal" written above or accompanying this form.

> **WARNING:** Your appeal may be summarily dismissed if you indicate in Item #6 that you will file a separate written brief or statement and, within the time set for filing, you fail to file the brief or statement and do not reasonably explain such failure.

**SIGN HERE →** 7. X _Bennett [signature]_      September 2, 1996
Signature of Person Appealing
(or attorney or representative)                               Date

8. **Mailing Address of Applicant(s)/Respondent(s)**
Vidalia Maria Rodrigues
(Name)
4 Calvery Street
(Street Address)
(Apartment or Room Number)
Waltham, MA   02154
(City, State, Zip Code)

9. **Mailing Address of Attorney or Representative**
Bennett R. Savitz, Esq.
(Name)
Pampanin Law Offices
(Street Address)
2343 Massachusetts Avenue
(Suite or Room Number)
Cambridge, MA   02140
(City, State, Zip Code)

> **WARNING:** An attorney or representative will not be recognized as counsel on appeal and will not receive documents or correspondence in connection with the appeal, unless he/she submits a completed Form EOIR-27.

## CERTIFICATE OF SERVICE
(Must Be Completed)

10. I Bennett R. Savitz (Name) mailed or delivered a copy of this notice of appeal on September 18, 1996 (Date) to INS Trial Attorneys Unit (Opposing Party) at J.F.K. Federal Building, 4th Floor Boston, MA 02203 (Address of Opposing Party).

**SIGN HERE →** X _Bennett [signature]_
Signature of Person Appealing
(or attorney or representative)

### Have You?
- [ ] Read all of the General Instructions
- [ ] Provided all of the requested information
- [ ] Completed this form in English
- [ ] Provided a certified English translation for all non-English attachments
- [ ] Signed the form
- [ ] Served a copy of this form and all attachments on the opposing party
- [ ] Completed and signed the Certificate of Service
- [ ] Attached the required fee or fee waiver request

**U.S. Department of Justice**
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB #1105-0064
**Appeal Fee Waiver Request**

## APPEAL FEE WAIVER REQUEST

Name: Vidalia M. Rodrigues

"A" Number: A30-694-487

I, Vidalia M. Rodrigues, declare under penalty of perjury, pursuant to 28 U.S.C. section 1746, that I am the Applicant/Respondent in the above case and that I am unable to pay the cost of my appeal due to my poverty. I believe that my appeal is valid and I declare that the following responses concerning my financial situation are true and correct to the best of my knowledge:

**Assets**

| | |
|---|---|
| Wages, Salary | $ 527.00 /month |
| Other Income (business, profession, self-employment, rent payments, interest, etc.) | 0 /month |
| Cash | 0 |
| Checking or Savings account | 0 |
| Property (real estate, automobile, stocks, bonds, etc.) | 0 |
| Other Financial Support (public assistance, alimony, child support, gift, parent, spouse, other family members, etc.) | 0 /month |

**Expenses (including dependents)**

| | |
|---|---|
| Housing (rent, mortgage, etc.) | $ 61.00 /month |
| Food | 180.00 /month |
| Clothing | 0 /month |
| Utilities (phone, electric, gas, water, etc.) | 195.00 /month |
| Transportation | 60.00 /month |
| Debts, Liabilities | 0 /month |
| Other (specify) | 0 /month |

Signature: *Vidalia Rodrigues*

Date: 9-4-96

Form EOIR-26A
April 1996

NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE
BEFORE THE BOARD OF IMMIGRATION APPEALS
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

| In the Matter: | DATE 08/30/96 |
|---|---|
| RODRIGUES     Vidalia Maria | ALIEN NUMBER *(list lead alien number and all family member alien numbers if applicable)* |
| I hereby enter my appearance as attorney *(or representative)* for and at the request of the following named person(s): | A 30 —694 — 487 |
| NAME   RODRIGUES     Vidalia Maria | A — — |
| | A — — |

ADDRESS    (Apt. No.)    (Number & Street)    (City)    (State)    (Zip Code)
           4 Calvery Street    Waltham    MA    02154

Check if Applicable Item(s) below:

[X] 1.   I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
         __MA Supreme Judicial Court_____ and am not under a court
         *(Name of Court)*
         or administrative agency order suspending, enjoining, disbarring, or otherwise restricting me in practicing law.

[ ] 2.   I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

[ ] 3.   I am associated with_____, the attorney of record who previously filed a notice of appearance in this case and my appearance is at his/her request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

[ ] 4.   Other *(Explain fully.)*

| SIGNATURE *[signed: Bennett Savitz]* | COMPLETE ADDRESS [ ] Check here if this is a new address<br>Pampanin Law Offices<br>2343 Massachusetts Avenue<br>Cambridge, MA  02140 |
|---|---|
| NAME *(Type or print)*<br>Bennett R. Savitz | TELEPHONE NUMBER<br>617-876-2020 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO REPRESENTATION BY AND THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY EOIR SYSTEM OF RECORDS:

Bennett R. Savitz
*(Name of Attorney or Representative)*

| NAME OF PERSON CONSENTING<br>RODRIGUES    Vidalia Maria | SIGNATURE OF PERSON CONSENTING *[signed: Vidalia Rodrigues]* | DATE<br>9-4-96 |
|---|---|---|

*(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is or claims to be a citizen of the United States or an alien lawfully admitted for permanent residence.)*

FORM EOIR-27
JAN. 89