UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VIDALIA MARIA RODRIQUES,
    Petitioner,

    V.                    CIVIL ACTION NO. 04-11449-DPW

THOMAS HODGSON, SHERIFF OF
BRISTOL COUNTY AND INS,
    Respondents

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Allowance of Respondent INS's Motion to Dismiss the Petition for Habeas Corpus relief under 28 U.S.C. §2241, and Denying Petitioner's Motion for a Stay, after a hearing on August 5, 2004, for the reasons set forth on the record, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                        BY THE COURT,

                                        /s/ Rebecca Greenberg
                                        Deputy Clerk

DATED: August 5, 2004