UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VIDALIA MARIA RODRIQUES
Petitioner

v.

THOMAS HODGSON, SHERIFF
Respondent

#04CV11449DPW


NOTICE OF APPEAL

Now comes the petitioner, Vidalia Maria Rodriques, and respectfully notices this Honorable Court that she is appealing the Removal Order respondent plans to execute on August 6, 2004. Petitioner asserts that she has a reasonable likelihood of success on the merits based on the reasons stated in the accompanying memorandum. Petitioner also states that she has contemporaneously filed a Request for Emergency Stay of Removal with the United States Court of Appeals on this date.


VIDALIA MARIA RODRIQUES,
By her attorney,

JOHN HIMMELSTEIN
P.O. BOX 300
756 WASHINGTON STREET
STOUGHTON, MA 02072
(781)297-9400
BBO #547275