UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VIDALIA MARIA RODRIQUES
Petitioner

v.

THOMAS HODGSON, SHERIFF
Respondent

UNITED STATES DISTRICT COURT
#04CV11449DPW


MEMORANDUM
Petitioner is seeking a stay of removal in order to pursue collateral post-conviction relief from her 1990 conviction that is the basis of her removal order. We assert on her behalf that she has a reasonable likelihood of success based on the four pronged test outlined by Circuit Judge Selya in AREVALO V. ASHCROFT, 344 F.3d 1 (1st Cir. 2003). What follows is a discussion of each of the four prongs and how it applies to the instant case.

I. PETITIONER IS LIKELY TO SUCCEED ON THE MERITS OF HER UNDERLYING OBJECTION
The conviction that is the basis of the petitioner's removal resulted from a change of plea to guilty in the Fall River District Court on February 9, 1990. This office contacted the criminal clerk's office of the Fall River District Court on August 5, 2004 after being denied an Emergency Motion to Stay by Judge Woodlock. Margaret Melo of the Fall River District Court's office informed counsel for the petitioner that immigration warnings were not given to the petitioner during the colloquy rendered to petitioner at the time by Judge Silva. This failure to render immigration warnings, we believe, gives petitioner a good faith basis to set aside the verdict in Fall River and be granted a new trial. It is true that the statutory period for a Motion to Revise and Revoke has passed but petitioner's counsel can state, with good faith, that courts may grant relief if a Motion to Revise and Revoke Late is filed. Recently, this firm was granted a new trial in the Lawrence District Court in the case of COMMONWEALTH VS. GEORGE WASSOUF. In that case, Wassouf, an immigrant of Lebanese extraction was granted a new trial based on the court's failure to provide immigration warnings during the colloquy even though the colloquy took place several years prior to the motion which was brought recently. If the Lawrence District Court would grant a new trial in the WASSOUF case, it stands to reason that the Fall River District Court may be similarly inclined.

II. PETITIONER WILL SUFFER IRREPARABLE HARM ABSENT THE STAY
Clearly, the instant case satisfies this prong. If the stay is not granted, petitioner will be physically placed on an airplane by agents of the Immigration and Naturalization Service and removed from the United States of America.

III. THIS HARM OUTWEIGHS ANY POTENTIAL HARM FAIRLY ATTRIBUTABLE TO THE GRANTING OF THE STAY

We, respectfully, see no harm accruing to the respondent if this stay is granted. Petitioner is in custody, poses no threat to anyone and would remain in INS custody.

IV. THAT THE STAY WOULD NOT DISSERVE THE PUBLIC INTEREST

Petitioner is a woman who underwent a substance abuse problem which caused her to accumulate the legal problems she has experienced. She has successfully overcome her addiction and has been, despite a checkered past, been a model mother and wife to her husband, who is terminally ill. It should be noted that Ms. Rodriques' husband and children are all U.S. citizens. Attached is a letter from Leon Lai, a physician affiliated with Tufts New England Medical Center who is intimately familiar with Ms. Rodriques' situation. We would respectfully assert that the stay would enhance, not disserve, the public interest in light of Ms. Rodriques' story.

In conclusion, we would assert that all four prongs laid out in the AREVALO case have been satisfied and that a stay should be granted.

The petitioner,
Vidalia Rodriques,
By her attorney,

*/s/ John Himmelstein*

John Himmelstein
P.O. Box 300
756 Washington Street
Stoughton, MA 02072
(781)297-9400
BBO #547275


VIDALIA MARIA RODRIQUES,
By her attorney,

*/s/ John Himmelstein*

JOHN HIMMELSTEIN
P.O. BOX 300
756 WASHINGTON STREET
STOUGHTON, MA 02072
(781)297-9400
BBO #547275

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VIDALIA MARIA RODRIQUES
Petitioner
v.
THOMAS HODGSON, SHERIFF
Respondent

UNITED STATES DISTRICT COURT
#04CV11449DPW


CERTIFICATE OF SERVICE
Undersigned counsel hereby certifies that he has served notice of both the Notice of Appeal filed in United States District Court and the Emergency Notice of Stay filed in the United States Court of Appeals, and accompanying memorandum, by serving copies of same in hand to United Attorney Frank Crowley at the Department of Homeland Security, John F. Kennedy Federal Building, Boston on August 6, 2004


VIDALIA MARIA RODRIQUES,
By her attorney,


_____
JOHN HIMMELSTEIN
P.O. BOX 300
756 WASHINGTON STREET
STOUGHTON, MA 02072
(781)297-9400
BBO #547275