# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 04-2054

VIDALIA MARIA RODRIQUES

Petitioner - Appellant

v.

THOMAS M. HODGSON, Thomas Hodgson, Sheriff of Bristol County;

Respondent - Appellee

BRUCE CHADBOURNE

Respondent

**JUDGMENT**
Entered: August 17, 2004

We are in receipt of Appellant's Motion for Voluntary Withdrawal of Stay of Deportation, which we construe as a motion to voluntary dismiss. Upon consideration of appellant's motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

The temporary stay entered by the court on August 6, 2004 is lifted.

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Deputy Clerk

Date: 8/17/04

By the Court:
Richard Cushing Donovan, Clerk

MARK R. SYSKA

By_____
Chief Deputy Clerk

[cc: John D. Himmelstein, Esq., Frank Crowley, Esq., Neil Cashman, Esq., Valarie Dickson, Paralegal]